IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| Karla M. Vasquez, individually and as Parent, Next Friend, Natural and General Guardian of Aaron Vasquez,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>Pickens County; Pickens County Sheriff's Department; Rick Clark, Pickens County Sheriff; James William Trotter, Matt McGaha; Chief Deputy Chuck James; and, Lieutenant Tommy Blankenship,<br><br>　　　　　　　　Defendants. | CASE NO.: 8:22-cv-02641-DCC-KFM<br><br><br>**NOTICE OF DESIGNATION OF EXPERT WITNESS** |

The Defendants, Pickens County; Pickens County Sheriff's Department; Rick Clark, Pickens County Sheriff; Matt McGaha; Chief Deputy Chuck James; and Lieutenant Tommy Blankenship, hereby submit this Designation of Expert:

These Defendants expect to potentially call the following individual as an expert witness at the trial of this action:

A.　　Richard G. Merkler, M.D., F.A.A.P.
　　　315 West 57th Street, Suite 301
　　　New York, NY 10019
　　　Phone: (212) 838-4715
　　　Email: RichardMerkler@gmail.com

Dr. Merkler is expected to give expert opinion testimony regarding his review of any and all of the investigative reports, depositions, discovery documents, medical records, testing, photographs, lab results, and any documentation involved in the reporting of the subject incident as well as any other investigative, medical, scientific materials or any materials provided through the course of discovery relating to the

circumstances of how this incident occurred and to the Plaintiff's complaints and alleged damages.

Dr. Merkler will give expert opinion testimony with regard to his particular areas of expertise in the fields of pediatric special needs and autism, on the issues of causation of the complaints of the Plaintiff, and any other relevant analysis or expert opinions that he may have regarding the Plaintiff's complaints and damages.

*s/Patrick L. "Trey" Still, III*
Patrick L. "Trey" Still, III (Bar No.: 9857)
200 E. Broad Street, Suite 450
Greenville, South Carolina  29601
Phone:  (864) 331-8940
Fax:     (864) 232-2921
Email:   tstill@cslaw.com
Attorneys for Defendants Pickens County; Pickens County Sheriff's Department; Rick Clark, Pickens County Sheriff; Matt McGaha; Chief Deputy Chuck James; and Lieutenant Tommy Blankenship

July 17, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| Karla M. Vasquez, individually and as Parent, Next Friend, Natural and General Guardian of Aaron Vasquez,<br><br>Plaintiff,<br><br>vs.<br><br>Pickens County; Pickens County Sheriff's Department; Rick Clark, Pickens County Sheriff; James William Trotter, Matt McGaha; Chief Deputy Chuck James; and, Lieutenant Tommy Blankenship,<br><br>Defendants. | CASE NO.: 8:22-cv-02641-DCC-KFM<br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that a true copy of <u>Defendants Pickens County; Pickens County Sheriff's Department; Rick Clark, Pickens County Sheriff; Matt McGaha; Chief Deputy Chuck James; and Lieutenant Tommy Blankenship's Notice of Designation of Expert, Report of Dr. Richard Merkler, CV of Dr. Richard Merkler, and Index of Records from Dr. Richard Merkler</u> were served upon the following parties on the 17th day of July, 2023, via:

| | |
|---|---|
|   | United States Postal Service |
|   | Facsimile |
| X | Electronic Email |
|   | Via Hand Delivery |

Chad M. Graham, Esq.
The Ward Law Firm, PA
PO Box 5663
Spartanburg, SC  29304-5663
Email Address: cgraham@wardfirm.com
Attorney for Defendant James William Trotter

Roy T. Willey, IV, Esq.
Anastopoulo Law Firm, LLC
32 Ann St
Charleston, SC  29403--6212
Email Address: roy@akimlawfirm.com
Attorney for Plaintiffs

Stephanie Mascella,  Esq.
Anastopoulo Law Firm
32 Ann Street
Charleston, SC  29403
Email Address: teammascella@poulinWilley.com
Attorney for Plaintiffs

*s/Patrick L. "Trey" Still, III*
Patrick L. "Trey" Still, III (Bar No.:  9857)
200 E. Broad Street, Suite 450
Greenville, South Carolina  29601
Phone:   (864) 331-8940
Fax:       (864) 232-2921
Email:    tstill@cslaw.com
Attorneys for Defendants Pickens County; Pickens County Sheriff's Department; Rick Clark, Pickens County Sheriff; Matt McGaha; Chief Deputy Chuck James; and Lieutenant Tommy Blankenship

July 17, 2023